CAMP *v.* TERRELL.

ATKINSON, J. There being no complaint of any error of law committed on the trial, and the verdict being authorized by the evidence, a judgment refusing a new trial will be *Affirmed. All the Justices concur.*
MARCH 14, 1916.

Complaint. Before Judge Meadow. Franklin superior court. May 21, 1915.

*G. L. Goode,* for plaintiff in error. *W. R. Little,* contra.